UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCP FINANCE I LLC,<br>Petitioner,<br>-v.-<br>WINGATE SENIOR LIVING, LLC et al.,<br>Respondents. | 26 Civ. 9173 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the October 30, 2026 conference, Petitioner's motion to remand is denied.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: October 30, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge